**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000424**
**01-APR-2014**
**08:08 AM**

NO. CAAP-13-0000424

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Tax Appeal of BOBBY R. NARMORE,
Appellant-Appellant,
v.
DEPARTMENT OF TAXATION, STATE OF HAWAI'I, Appellee-Appellee

APPEAL FROM THE TAX APPEAL COURT
STATE OF HAWAI'I
(CASE NO. 02-0065)

ORDER DISMISSING THE MARCH 25, 2014 REQUEST FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Petitioner Requests that this Court Reconsider Its Input to Petitioner's Petition for Writ of Certiorari, 9 Dec 13, Due to Its (and the Respondent's) Misinterpretation of the United States Court of Appeals's [sic] Required Action When a Final Decision Has Been Produced by Fraud on the Court" (**Motion**) filed on March 25, 2014 by Taxpayer/ Appellant/Appellant Bobby R. Narmore, pro se (**Appellant**), which appears to be a second motion for reconsideration, and the records and files herein, it appears as follows:

(1)   On October 9, 2013, this court dismissed the appeal for lack of jurisdiction due to untimeliness of the appeal;

(2)   On November 6, 2013 Appellant filed a motion for reconsideration of this court's dismissal of the appeal.

(3)   On November 13, 2013, this court denied the November 6, 2013 motion for reconsideration;

(4)   On December 9, 2013, Appellant filed an application for writ of certiorari with the Hawai'i Supreme Court;

(5)   On January 14, 2014, the Hawai'i Supreme rejected the December 9, 2013 application for writ of certiorari; and

(6)   This appeal is closed, and this court no longer has jurisdiction to address matters in this appeal.

THEREFORE, IT IS HEREBY ORDERED that the Motion is dismissed.

IT IS FURTHER HEREBY ORDERED that the appellate clerk shall accept no further filings in this closed appeal.

DATED: Honolulu, Hawai'i, April 1, 2014.

Presiding Judge

Associate Judge

Associate Judge

-2-